```
              ALABAMA JUDICIAL DATA CENTER
                  COURT PAYMENT SYSTEM
      COUNTY                          RECEIPT NUMBER: 038981
  DATE OF RECEIPT: 07/07/2005  TIME: 14:13:32
  RECEIPT FOR CASE: CV 2005 000134 00      BATCH: 2005214
      RECEIVED FROM: HON C LANCE GOULD

  BERNICE POOLE-REESE   VS AMERICAN INTERNATIONAL GROUP, INC. ET AL

    ACCOUNTS RECEIPTED:
       CV05                              $333.00
       JDMD                              $100.00
       SERA                              $120.00

  RECEIVED BY: VEH     CASH AMOUNT       $553.00
```

EXHIBIT A

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE,           *
                                                *
    Plaintiff,                   * Civil Action No. CV-05-134
                                                *
v.                                                    *
                                                *
AMERICAN INTERNATIONAL GROUP, INC;    *
et al.,                                           *
                                                *
    Defendants.                *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

    NOTICE TO:           AMERICAN INTERNATIONAL GROUP, INC.
                                      70 Pine Street
                                      New York, NY 10270

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

                                C. Lance Gould
                                BEASLEY, ALLEN, CROW, METHVIN,
                                PORTIS & MILES, P.C.
                                Post Office Box 4160
                                Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                         Eddie D. Mallard
                                                         CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE,      *
     *
     Plaintiff,      * Civil Action No. CV-05-134
     *
v.      *
     *
AMERICAN INTERNATIONAL GROUP, INC;      *
et al.,      *
     *
     Defendants.      *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:      AMERICAN GENERAL CORPORATION
     2929 Allen Parkway
     Houston, TX 77019

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

     Roman A. Shaul
     BEASLEY, ALLEN, CROW, METHVIN,
     PORTIS & MILES, P.C.
     Post Office Box 4160
     Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: 7/7/05                    CIRCUIT CLERK

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE,                          *
                                              *
    Plaintiff,                               *
                                              *
vs.                                           *  CIVIL CASE NO. CV-05-134
                                              *
AMERICAN INTERNATIONAL GROUP,                 *
INC., et al.,                                 *

## SUMMONS

    This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN GENERAL FINANCE, INC.
                          n/k/a American General Financial Services of Alabama, Inc.
                          c/o CSC Lawyers Incorporating Service, Inc.
                          150 S. Perry Street
                          Montgomery, AL 36104

    The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                          C. Lance Gould
                          BEASLEY, ALLEN, CROW, METHVIN,
                          PORTIS & MILES, P.C.
                          Post Office Box 4160
                          Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                      _/s/ Eddie D. Wallace_
                                                      CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE,           *
                                                  *

      Plaintiff,                     *
                                                  *

vs.                                                     * CIVIL CASE NO. CV-05-134
                                                  *

AMERICAN INTERNATIONAL GROUP,    *
INC., et al.,                               *

## SUMMONS

      This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

     NOTICE TO:  AMERICAN GENERAL FINANCIAL
                           SERVICES OF ALABAMA, INC.
                           c/o CSC Lawyers Incorporating Service, Inc.
                           150 S. Perry Street
                           Montgomery, AL 36104

      The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                           C. Lance Gould
                           BEASLEY, ALLEN, CROW, METHVIN,
                           PORTIS & MILES, P.C.
                           Post Office Box 4160
                           Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                                                           _Eddie N. Wallu_
                                                                                           CIRCUIT CLERK

Dated:   7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE,              *
                                                               *
       Plaintiff,                               *
                                                               *
vs.                                                   * CIVIL CASE NO. CV-05-134
                                                               *
AMERICAN INTERNATIONAL GROUP,    *
INC., et al.,                                 *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:       MERIT LIFE INSURANCE COMPANY
                            c/o Superintendent of Insurance
                            601 NW Second Street
                            Evansville, IN 47708

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                            C. Lance Gould
                            BEASLEY, ALLEN, CROW, METHVIN,
                            PORTIS & MILES, P.C.
                            Post Office Box 4160
                            Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                               _Eddie D. Mallard_
                                                               CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE, *
 *
    Plaintiff, * Civil Action No. CV-05-134
 *
v. *
 *
AMERICAN INTERNATIONAL GROUP, INC; *
et al. *
 *
    Defendants. *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    YOSEMITE INSURANCE COMPANY
c/o Superintendent of Insurance
717 Market Street
San Francisco, CA 94103

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

    C. Lance Gould
    BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
    Post Office Box 4160
    Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallug_
CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE,                     *
                                         *
        Plaintiff,                       *   Civil Action No. CV-05-134
                                         *
v.                                       *
                                         *
AMERICAN INTERNATIONAL GROUP, INC;       *
et al.                                   *
                                         *
        Defendants.                      *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:        LAMAR HARRIS
                  c/o American General Finance, Inc.
                  1848 Opelika Road
                  Auburn, AL 36830

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        C. Lance Gould
        BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: 7/7/05

_____
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| BERNICE POOLE-REESE, | * |
| | * |
| Plaintiff, | * Civil Action No. CV-05-134 |
| | * |
| v. | * |
| | * |
| AMERICAN INTERNATIONAL GROUP, INC; | * |
| et al. | * |
| | * |
| Defendants. | * |

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:    KATHIE ROWELL
c/o American General Finance, Inc.
1848 Opelika Road
Auburn, AL 36830

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Dated: 7/7/05

Eddie W. Walker
CIRCUIT CLERK

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

BERNICE POOLE-REESE,        *
                                    *
         Plaintiff,                              * Civil Action No. CV-05-134
                                    *
v.                                            *
                                    *
AMERICAN INTERNATIONAL GROUP, INC;   *
et al.                                   *
                                   *
         Defendants.                        *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the ~~Mississippi~~ Alabama Rules of Civil Procedure.

NOTICE TO:     AMANDA WALLS
                      c/o American General Finance, Inc.
                      1848 Opelika Road
                      Auburn, AL 36830

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

           C. Lance Gould
           BEASLEY, ALLEN, CROW, METHVIN,
           PORTIS & MILES, P.C.
           Post Office Box 4160
           Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                       Eddie N. Mallard
                                                       CIRCUIT CLERK

Dated: 7/7/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| BERNICE POOLE-REESE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL CASE NO. CV-05-134 |
| | * |
| AMERICAN INTERNATIONAL GROUP, INC; | * |
| AMERICAN GENERAL CORPORATION; | * |
| AMERICAN GENERAL FINANCE, INC.; | * |
| MERIT LIFE INSURANCE COMPANY; | * |
| YOSEMITE INSURANCE COMPANY; | * |
| LAMAR HARRIS; KATHIE ROWELL; | * |
| AMANDA WALLS; | * |
| and Fictitious Defendants "A", | * |
| "B", and "C", whether singular or plural, those | * |
| other persons, corporations, firms, or other | * |
| entities whose wrongful conduct caused | * |
| the injuries and damages to the Plaintiff, | * |
| all of whose true and correct names are | * |
| unknown to Plaintiffs at this time, but will | * |
| be substituted by amendment when ascertained, | * |
| | * |
| Defendants. | * |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. This court has subject matter and personal jurisdiction over the Defendants. Venue is proper in Macon County, Alabama.

2. Plaintiff Bernice Poole-Reese is an adult resident citizen of Macon County, Alabama.

3. Defendant American General Finance, Inc. is a domestic corporation, who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

1

4. Defendant American International Group, Inc. is a foreign corporation who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

5. Defendant American General Corporation is a foreign insurance Company who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

6. Defendant Merit Life Insurance Company is a foreign insurance company who does business by agent in Macon County, Alabama. This Defendant is the agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

7. Defendant Yosemite Insurance Company is a foreign corporation who does business by agent in Macon County, Alabama. This Defendant is the parent corporation, agent, a subsidiary, sister corporation, and/or the "alter-ego" of one or more Defendants.

8. Defendant Lamar Harris is over the age of nineteen (19) and is a resident of Lee County, Alabama.

9. Defendant Kathie Rowell is over the age of nineteen (19) and is a resident of Lee County, Alabama.

10. Defendant Amanda Walls is over the age of nineteen (19) and is a resident of Lee County, Alabama.

11. Fictitious Defendants "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

12. Plaintiff's claims are brought solely under Alabama law, and Plaintiff states she does not bring any claim and/or disclaim any and all claims under any Federal laws, statutes, or regulations.

## STATEMENT OF THE FACTS

13. In or about the year 1998 Plaintiff entered into several loans with Defendants at which time Defendants Lamar Harris, Kathie Rowell and Amanda Walls, while acting as agents for all Defendants fraudulently represented to her that if she purchased the credit insurance offered her, her credit score/rating would be better and that she stood a better chance of getting approved for the loan she requested.

14. On or about the same dates, Defendants advised Plaintiff that if she paid off her other debts and consolidated them with the loan that was issued she would save money.

15. Defendants also advised Plaintiff that if she refinanced her previous loans into a single loan, that would be the best way for her to save money. Defendants refused to allow Plaintiff to have a separate loan.

16. Defendants advised Plaintiff that purchasing the credit insurance offered was a good deal and offered great value and protection.

17. Defendants had a duty to Plaintiff to give her good advice and they failed to do so, to Plaintiff's detriment.

18. Based on each of the representations made by Defendants, Plaintiff agreed to purchase the credit insurance offered, refinance her loan and consolidate her other debts.

19. Defendants' conduct under the circumstances was intentional and amounts to actual malice.

20. Plaintiff discovered the fraud within two (2) years of filing this lawsuit.

3

21. Defendants entered into a pattern or practice of fraudulent conduct that included the fraud practiced on Plaintiff.

22. At all times material hereto, Plaintiff depended on Defendants to advise her as to all loan requirements and insurance matters. Defendants had superior knowledge and bargaining power over Plaintiff.

23. The conduct by Defendants was intentional, gross, wanton, malicious, and/or oppressive.

## COUNT ONE

24. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

25. Defendants made the aforementioned fraudulent representations that they knew were false, or should have known were false, and intended for Plaintiff to rely on said false representations.

26. Plaintiff did rely on the representations made by Defendants and due to Defendants' fraudulent misrepresentation of material facts, Plaintiff was induced to act as previously described.

27. As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged in at least the following ways: she paid money for insurance she did not want, she lost interest on said money, she paid excessive interest on her loans and accounts she otherwise would not have had to pay, she lost interest on the money attributed to the unnecessary payments, she has suffered mental anguish and emotional distress; and has otherwise been injured and damaged.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT TWO

27. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

28. Defendants negligently and/or wantonly hired, trained, and supervised Defendants Lamar Harris, Kathie Rowell and Amanda Walls and their agents, alter-egos and/or representatives responsible for advising Plaintiff of the loan and insurance benefits and all other requirements.

29. As a proximate consequence of Defendants' actions, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT THREE

30. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

31. Plaintiff was not experienced in insurance and finance matters and placed a special trust and confidence in Defendants and consequently relied upon Defendants to properly advise her with respect to such matters.

32. Defendants undertook a duty to advise Plaintiff, held themselves out as experts, and as persons interested in Plaintiff's well-being, and generally exhibited behavior inconsistent with the typical debtor-creditor relationship.

33. As a result of the aforementioned actions, Defendants conduct amounts to a breach of their individual, contractual, professional and fiduciary obligations and duties to Plaintiff. Said conduct further amounts to a breach of the duties that arise as a matter of Alabama law.

34. As a proximate consequence of the Defendants breach, Plaintiff was injured and damaged as alleged herein.

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

## COUNT FOUR

35. Plaintiff alleges all prior paragraphs of the Complaint as if set out here in full.

36. Defendants negligently and/or wantonly made the aforementioned representations to Plaintiff.

37. Said action was a breach of the duty owed Plaintiff.

38. As a proximate consequence of said actions, Plaintiff was injured and damaged as described herein.

WHEREFORE, Plaintiff demands judgment against Defendant in such an amount of compensatory and punitive damages as a jury deems reasonable and may award, plus costs.

JERE L. BEASLEY (BEA020)
TOM METHVIN (MET003)
C. LANCE GOULD (GOU007)
Attorneys for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, Alabama 36104
Telephone No.: (334) 269-2343
Facsimile No.: (334) 954-7555

6

**PLAINTIFF REQUESTS TRIAL BY STRUCK JURY
OF ALL ISSUES PRESENTED BY THIS CAUSE**

_____
OF COUNSEL

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐ ☐☐-☐☐<br>Date of Filing:  Judge Code:<br>☐☐ ☐☐ ☐☐☐☐  ☐☐☐☐☐☐<br>Month Day Year |
|---|---|---|

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ Macon _____, ALABAMA
(Name of County)

_____Bernice Poole-Reese_____ v. _____American International Group, Inc._____
Plaintiff                                                                                               Defendant

| First Plaintiff | ☐ Business  ☑ Individual<br>☐ Government  ☐ Other | First Defendant | ☑ Business  ☐ Individual<br>☐ Government  ☐ Other |
|---|---|---|---|

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER: _____
                        R ☐ REMANDED            T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO      Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☐ MONETARY AWARD REQUESTED    ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
| G | O | U | 0 | 0 | 7 |

_____July 5, 2005_____            _____
Date                                  Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED