UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BERNICE POOLE-REESE,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) |
| **AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN GENERAL CORPORATION; AMERICAN GENERAL FINANCE, INC.; MERIT LIFE INSURANCE COMPANY; YOSEMITE INSURANCE COMPANY; LAMAR HARRIS; KATHIE ROWELL; AMANDA WALLS; and Fictitious Defendants "A", "B", and "C", whether singular or plural, those other persons, corporations, firms, or other entities whose wrongful conduct caused the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained,** | ) **CIVIL ACTION NO.: 3:05-CV-750** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## DEFENDANT AMERICAN GENERAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American General Corporation ("AGC"), by and through its undersigned counsel, makes the following Corporate Disclosure Statement.

AGC is a wholly-owned subsidiary of American International Group, Inc. AGC is not the parent company of any publicly owned companies.

Respectfully submitted this 15th day of August, 2005.

/s/John Thomas A. Malatesta
Jeffrey M. Grantham
John Thomas A. Malatesta
Attorneys for Defendant
American General Corporation

01217392.1

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

### CERTIFICATE OF SERVICE

     I hereby certify I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 15th day of August, 2005.

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 20th Street, North
Birmingham, AL 35203

                                         /s/ John Thomas A. Malatesta
                                         OF COUNSEL