IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BERNICE POOLE-REESE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 3:05cv750-T |
| ) | |
| AMERICAN INTERNATIONAL ) | |
| GROUP, INC., et al., ) | |
| ) | |
|     Defendants. ) | |

## ORDER

It is ORDERED that defendants' motion to dismiss (Doc. No. 6) is set for submission, without oral argument, on September 1, 2005, with all briefs and evidentiary materials due by said date.

DONE, this the 22nd day of August, 2005.


                        /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**