IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BERNICE POOLE-REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv750-T |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) Plaintiff's motion to stay (Doc. No. 15) is denied.

(2) Plaintiff's motion to remand (Doc. No. 16) is set for submission, without oral argument, on September 12, 2005, with all briefs due by said date.

DONE, this the 2nd day of September, 2005.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE