IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **BERNICE POOLE-REESE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-750 |
| | ) |
| **AMERICAN INTERNATIONAL GROUP, INC.; et al.** | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF KATHIE ROWELL

Kathie Rowell, under oath, states as follows:

1. My name is Kathie Rowell. The statements made in this declaration are based upon my own personal knowledge as more specifically set forth below and, if sworn as a witness, I could testify competently to them.

2. I worked for American General Financial Services, Inc. ("AGFS"), formerly known as American General Finance, Inc., for approximately thirty years until I had to leave American General due to illness in or around October, 1999.

3. At no time did I ever tell any customer, including Bernice Poole-Reese, that credit insurance was required, that credit insurance would improve the customer's chances of obtaining a loan, or that credit insurance would improve a customer's credit score.

4. I was not aware until counsel for AGFS contacted me that I had been named as a defendant in this lawsuit. I have never received a copy of a summons and complaint for this lawsuit.

FURTHER AFFIANT SAYETH NOT.

1394029

EXHIBIT
B

This the /2 day of September, 2005.

_____
Kathie Rowell

SWORN TO AND SUBSCRIBED BEFORE ME, this the /2 day of September, 2005.

_____
NOTARY PUBLIC

My Commission Expires:
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 2, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS