IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BERNICE POOLE-REESE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv750-T |
| ) | |
| AMERICAN INTERNATIONAL ) | |
| GROUP, INC., et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that defendants' motion for additional time (Doc. No. 19) is set for submission, without oral argument, on September 16, 2006, with all briefs due by said date.

DONE, this the 13th day of September, 2005.


                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE