IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BERNICE POOLE-REESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv750-T |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that all pending motions are set for on-the-record oral argument on September 20, 2005, at 8:15 a.m. Counsel for plaintiff are to arrange for the argument to be conducted by telephone.

DONE, this the 19th day of September, 2005.


       /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE