# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. MYRON H. THOMPSON                    AT MONTGOMERY, AL

DATE COMMENCED: 9/20/05                   AT: 8:23 a.m.
DATE COMPLETED: 9/20/05                   AT: 8:40 a.m.

BERNICE POOLE-REESE                §
                                   §
vs.                                §   CV. NO. 3:05CV750-T
                                   §
AMERICAN INTERNATIONAL GROUP,      §
INC., ET AL.

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Charles Gould | | Jeffrey M. Grantham |
| | | David Alan Eliott |
| | | Glenn Glover |

### COURT OFFICIALS PRESENT:

Kelli Gregg, Courtroom Clerk
Mitchell Reisner, Court Reporter
Nicole Birch, Law Clerk

### COURTROOM PROCEEDINGS:

( X )  Oral Argument (Telephone) Re: All Pending Motions

| | |
|---|---|
| 8:23 a.m. | Court convenes and discusses Motion to Remand and Motion to Conduct Discovery with counsel. |
| | Defense counsel discusses their Motion to Conduct Discovery and taking plaintiff's depositions. |
| | Court questions defense counsel regarding their discovery motion. |
| | Plaintiff's counsel discusses their position regarding discovery and how defendant's are time barred. |
| | Court further discusses time issues regarding discovery remand issues. |
| | Defense counsel discusses the nature of the claims. |
| | Court discusses removal jurisdiction based on bankruptcy removal law.  Counsel shall furnish the Court with law regarding bankruptcy removal law today and by Thursday as well. |
| | Court states that discovery and bankruptcy issues are what is critical at this time. |
| 8:40 a.m. | Court is in recess. |