IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **BERNICE POOLE-REESE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AMERICAN INTERNATIONAL** )<br>**GROUP, INC., et al.,** )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:05cv750-MHT |

## ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 23) is amended to reflect that the pretrial, now set for April 6, 2006, is reset for April 5, 2006, with all deadlines expressly tied to this date adjusted accordingly.

DONE, this the 13th day of February, 2006.

                                     /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**