IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BERNICE POOLE-REESE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:05cv750-MHT |
| | ) | |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to alter or amend (Doc. No. 34) is set for submission, without oral argument, on March 6, 2006, with all briefs due by said date.

DONE, this the 21st day of February, 2006.

       /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE